John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAPE GREIG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>F/V FREEDOM, Official No. 657182, its Engines, Machinery, Appurtenances, etc., *In Rem*<br><br>and<br><br>RONALD SMITH, *In Personam*<br><br>Defendants. | IN ADMIRALTY<br><br><br><br>Case No. 3:13-cv-00112-SLG |

**COMPLAINT TO FORECLOSE PREFERRED SHIP MORTGAGE IN REM, TO FORECLOSE LIEN, FOR DEBT ON OPEN ACCOUNT, AND BREACH OF CONTRACT**

Plaintiff Cape Greig, LLC, (referred to at times hereafter as "Plaintiff") alleges:

I.

This is a matter of admiralty and maritime jurisdiction under 46 U.S.C. § 31322 and § 31325 and within the meaning of Fed. R. Civ. P. 9(h).

II.

COMPLAINT
*CAPE GREIG, LLC v. M/V FREEDOM, et al.*
Case No. 3:13-cv-00112-SLG - Page 1 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00112-SLG   Document 1   Filed 06/21/13   Page 1 of 7

At all times material herein, defendant F/V FREEDOM, Official No. 657182, its engines, machinery, appurtenances, fishing rights, etc. ("Vessel") was a vessel duly documented under the laws of the United States and is owned by defendant Ronald Smith ("Owner"). The Vessel is now, or will be during the pendency of this action, within this district and subject to the jurisdiction of this Court.

## III.
## COUNT I – FORECLOSURE OF PREFERRED SHIP MORTGAGE IN REM

Plaintiff realleges each of the paragraphs above and incorporates them herein by reference.

1. On or about March 27, 2013, the Owner, on his personal behalf and as owner of the Vessel, and Plaintiff entered into a Loan Agreement. Under the Loan Agreement, Owner is obligated to operate the Vessel under charter in the Bristol Bay fishing district, among other districts. The Loan Agreement provides that, in the event of default, the Plaintiff has the right to demand immediate payment of all sums due and owing under that certain Promissory Note (the "Note"), dated as of March 27, 2013, in favor of Plaintiff in the principal amount of Forty Thousand and 00/100 Dollars ($40,000.00), plus interest on the unpaid balance. *See* Exhibit A attached hereto.

2. Ronald Smith, as owner of the Vessel, granted a Preferred Ship Mortgage on the Vessel to Plaintiff ("Mortgage") on March 29, 2013, to secure the obligation evidenced by the Note. *See* Exhibit B attached hereto.

3. Plaintiff is the owner and holder of the Note and Mortgage on the Vessel.

4. To secure the payment of the Note, the Preferred Ship Mortgage conveys to Plaintiff the whole of the Vessel. *See* Exhibit B attached hereto.

COMPLAINT
*CAPE GREIG, LLC v. M/V FREEDOM, et al.*
Case No. _____ - Page 2 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00112-SLG   Document 1   Filed 06/21/13   Page 2 of 7

5. Owner defaulted in his performance under the Note by his refusal to operate in the Bristol Bay fishing district. (See Count IV regarding Breach of Contract). Per the terms of the Note, the obligation of the Note has borne interest at the rate of 8% per annum, which totals $40,755.94 through June 21, 2013. As of June 22, 2013, all unpaid principal of this note bears interest at the rate of 8% per annum, accruing at the daily rate of $8.79. Late fees under the Note are imposed once on each late payment at a rate equal to 18% of such past due amount, in addition to the amount owing on principal and interest.

6. That the laws of the United States provide that, upon a default of any term of a preferred mortgage, the mortgage holder may enforce its claim for outstanding indebtedness against the mortgaged vessel, *in rem*, 46 U.S.C. § 31325.

## IV.
## COUNT II – FORECLOSURE OF LIEN

Plaintiff realleges each of the paragraphs above and incorporates them herein by reference.

1. From April 1, 2013-May 24, 2013 Owner purchased necessaries from Pacific Star Seafoods, Inc. ("PSSI") in preparation for the 2013 fishing season. These necessaries included, without limitation, fuel, crane and refrigeration equipment, electricity, and labor costs. These necessaries were used in connection with the Vessel FREEDOM. The Vessel is indebted for such necessaries in the amount of $12,107.08. *See* Exhibit C attached hereto.

2. Cape Greig, LLC is the owner and holder of PSSI's claims against the Vessel by assignment from PSSI.

## V.

COMPLAINT
*CAPE GREIG, LLC v. M/V FREEDOM, et al.*
Case No. _____ - Page 3 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00112-SLG   Document 1   Filed 06/21/13   Page 3 of 8

## COUNT III – DEBT ON OPEN ACCOUNT

Plaintiff realleges each of the paragraphs above and incorporates them herein by reference.

1. From April 1, 2013-May 24, 2013, Owner had an account with PSSI for a line of credit. Owner withdrew $1,500.00 in cash from the line of credit and incurred an additional $69.50 in charges on its account with PSSI for meals. Owner is indebted to PSSI for these charges in the amount of $1569.50. *See* Exhibit C attached hereto.

2. Cape Greig, LLC is the owner and holder of PSSI's claims against the Vessel by assignment from PSSI.

## VI.

## COUNT IV – BREACH OF CONTRACT

Plaintiff realleges each of the paragraphs above and incorporates them herein by reference.

1. On or about March 27, 2013, Owner entered into a Tender Contract, *see* Exhibit D attached hereto, and Loan Agreement, *see* Exhibit E attached hereto, with Plaintiff. The Loan Agreement states "In the event of a default in the payment of the terms of the Note, or in the event Borrower Fails to abide by all the terms and covenants of this agreement, Lender shall have the right to demand immediate payment of all sums due and owing under the Note."

2. By refusing to operate in Bristol Bay, Owner has failed to abide by the terms of the Note, Mortgage, Loan Agreement, and Tender Contract, allowing Plaintiff immediate payment of all sums due and owing under the Note, in an amount to be proven at trial in excess of $10,000.00.

WHEREFORE, Plaintiff prays for judgment as follows:

COMPLAINT
*CAPE GREIG, LLC v. M/V FREEDOM, et al.*
Case No. _____ - Page 4 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00112-SLG   Document 1   Filed 06/21/13   Page 4 of 7

1. That this Court decree payment due by the Vessel for the following:

   a. The sum of $40,755.94 in principal and interest, subject to adjustment, through June 21, 2013, and daily interest thereafter in the amount of $8.79 until the time of judgment and thereafter until paid, with late fees to accrue at 18% per annum beginning June 22, 2013, subject to adjustment;

   b. Additional expenses of $12,107.08 for necessaries provided to the mortgagee for fuel, crane and refrigeration equipment, electricity, and labor costs;

   c. Reasonable attorneys' fees; and

   d. The costs of this action including charges for all fees for keepers and their costs incurred in this action and for all expenses for the sale of the Vessel, her engines, machinery, and appurtenances, etc.

2. That this Court decree payment due by Owner for the following:

   a. Expenses of $1,569.50 for necessaries and meals purchased by mortgagee with the open account it had with PSSI;

   b. A sum exceeding $10,000.00, the amount to be proven at trial, for Owner's breach of contract with Plaintiff; and

   c. Reasonable attorneys' fees.

3. That Plaintiff be adjudged the holder of a first preferred ship mortgage on the Vessel for the payment of sums due, including costs and attorneys' fees, and that this Court declare the lien of the said Mortgage to be superior to all other liens which may exist against the Vessel.

4. That the Mortgage be foreclosed and the Vessel be sold by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Plaintiff in the amount and to the extent as specifically set forth herein, together with

COMPLAINT
*CAPE GREIG, LLC v. M/V FREEDOM, et al.*
Case No. _____ - Page 5 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00112-SLG   Document 1   Filed 06/21/13   Page 5 of 7

costs and attorneys' fees, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessel are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessel.

4. That *in rem* process in due form of the law issue against the Vessel.

5. That at the sale of the Vessel by the U.S. Marshal, Plaintiff be permitted to bid, without cash deposit, its judgment, accrued interest, costs and attorneys' fees, up to the full amount thereof.

6. That Plaintiff have such other and further relief as in law and equity it may be entitled to receive.

DATED this 20th day of June, 2013.

                          HOLMES WEDDLE & BARCOTT, P.C.

                                s/John E. Casperson
                        John E. Casperson, ABA #7910076
                        999 Third Avenue, Suite 2600
                        Seattle, Washington 98104
                        Telephone: (206) 292-8008
                        Facsimile: (206) 340-0289
                        Email: jcasperson@hwb-law.com
                        Attorney for Plaintiff

COMPLAINT
CAPE GREIG, LLC v. M/V FREEDOM, et al.
Case No. _____ - Page 6 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00112-SLG   Document 1   Filed 06/21/13   Page 6 of 7

## VERIFICATION

UNITED STATES OF AMERICA )
) ss.
STATE OF WASHINGTON )

Ken Ng, being first duly sworn, upon oath deposes and states upon information and belief:

I am the manager of Cape Greig, LLC, have read the above and foregoing Complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ken Ng, Manager, Cape Greig, LLC

G:\5515\27281\Pleading\Complaint P122706_2013.doc

COMPLAINT
*CAPE GREIG, LLC v. M/V FREEDOM, et al.*
Case No. 3:13CV-00112 - Page 7 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289