**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CAPE CREIG, LLC,<br><br>    Plaintiff,<br> vs.<br><br>F/V FREEDOM, Official No. 657182, its Engines, Machinery, Appurtenances, etc, <u>In Rem</u><br>and<br>RONALD SMITH, *In Personam*,<br><br>    Defendants. | 3:13-cv-112-SLG-JDR<br><br>**<u>ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION(S) FOR In Rem ARREST OF VESSEL and SUBSTITUTE CUSTODIAN</u>**<br><br>(Docket No. 2) |

  Upon review of Motion for expedited consideration, the Motion for Expedited Consideration for Substitute Custodian and In Rem Warrant of Arrest is GRANTED.

  DATED this 21st day of June, 2013, at Anchorage, Alaska.

            */s/ John D. Roberts*
            JOHN D. ROBERTS
            United States Magistrate Judge