UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAPE CREIG, LLC, <br><br>           Plaintiff,<br>  vs.<br><br>F/V FREEDOM, Official No. 657182, its Engines, Machinery, Appurtenances, etc, In Rem<br>and<br>RONALD SMITH, *In Personam*,<br><br>           Defendants. | 3:13-cv-112-SLG-JDR<br><br>**ORDER GRANTING MOTION FOR ISSUANCE OF *IN REM* WARRANT OF ARREST FOR DEFENDANT VESSLE F/V FREEDOM**<br><br>(Docket No. 3) |

Upon the motion of Plaintiff and after review of the record and files herein, and finding tht probable cause for arrest exists, it is

ORDERED that the clerk shall issue a warrant for the arrest of the defendant vessel F/V FREEDOM, Official No. 657182, its engines, machinery, appurtenances, etc.

DATED this 21st day of June, 2013, at Anchorage, Alaska.

                                                */s/ John D. Roberts*
                                                JOHN D. ROBERTS
                                                United States Magistrate Judge