John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
E-mail: jcasperson@hwb-law.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAPE GREIG, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>F/V FREEDOM, Official No. 657182, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>and<br><br>RONALD SMITH, *In Personam*,<br><br>　　　　　Defendants. | IN ADMIRALTY<br><br><br><br><br><br><br><br>**NO ORAL ARGUMENT REQUESTED**<br><br>Case No. 3:13-cv-00112-SLG-JDR |

## MOTION TO COMPEL RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION AND STATEMENT REGARDING GOOD FAITH CERTIFICATE (FORM 37.1)

Plaintiff, Cape Greig, LLC, by and through its attorney of record, John E. Casperson, seeks an order compelling defendant Ronald Smith to respond to Plaintiff's First Interrogatories and Requests for Production. Via telephone conference with Mr. Smith on December 18, 2013 and an e-mail sent later the same day, counsel notified Mr. Smith that the deadline for response had run on December 15, provided for the second time the interrogatories and requests for production, and asked Mr. Smith to respond by December 20. Mr. Smith did not do so. Accordingly, a Good Faith Certificate (Form 37.1) is not attached to this motion.

PLAINTIFF'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Case No. 3:13-cv-00112-SLG-JDR - Page 1 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

5515-27281

Case 3:13-cv-00112-SLG   Document 33   Filed 12/31/13   Page 1 of 5

## I. FACTUAL BACKGROUND

Pursuant to the deadlines set forth in the Court's Scheduling and Planning Order dated August 8, 2013, Plaintiff provided Mr. Smith with initial disclosures on August 30 and supplemental disclosures on November 1. Plaintiff propounded Plaintiff's First Interrogatories and Requests for Production and Plaintiff's Requests for Admission on November 15.[1] *See Ex. 1 to Yagoda Decl.* (Email to Mr. Smith dated November 15, 2013). A copy of Plaintiff's First Interrogatories and Requests for Production is attached as part of Exhibit 2 to the declaration of Alysha A. Yagoda.

On December 10, Mr. Smith for the first time provided initial disclosures. On December 11, Mr. Smith provided responses to Plaintiff's Requests for Admission.

On December 18, an associate in the firm of plaintiff's counsel called Mr. Smith to inform him that the deadline for responding to the Plaintiff's Interrogatories and Requests for Production, and for fact discovery, had run on December 15 without counsel's receipt of any response to the interrogatories and requests for production. *Yagoda Decl.* at ¶ 3. Mr. Smith stated both that he was unsure whether he had received the interrogatories and requests for production and that he had not responded to all of the discovery documents because he wanted to save time and money and hoped he would be able to settle the case.

---

[1] In September, plaintiff repeatedly contacted Mr. Smith by mail and e-mail seeking to confer regarding the preliminary joint statement of issues. Mr. Smith did not respond to plaintiff's communications, causing plaintiff to submit to the Court on October 1 its Submission Regarding Preliminary Joint Statement of Issues. *See Docket at 32.*

PLAINTIFF'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Case No. 3:13-cv-00112-SLG-JDR - Page 2 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

5515-27281

Case 3:13-cv-00112-SLG   Document 33   Filed 12/31/13   Page 2 of 5

*Id.*[2] The associate told Mr. Smith that responses to interrogatories and requests for production were required, agreed to provide another copy, and asked Mr. Smith to respond by December 20.[3] *Id.* at 4. In an e-mail to Mr. Smith later the same day, to which the interrogatories and requests for production were attached, the associate asked Mr. Smith to send his responses by December 20. *See Ex. 3 to Yagoda Decl.* (Email to Mr. Smith dated December 18, 2013). As of the date of this filing, Mr. Smith has not done so.

## II. EVIDENCE RELIED UPON

This motion is based upon the legal authorities cited herein, the Declaration of Alysha A. Yagoda, the exhibits attached thereto, and the pleadings, affidavits, and documents previously filed in this matter and referenced herein.

## III. ARGUMENT

Under FRCP 37(a)(3)(B), a party seeking discovery may move for an order compelling an answer or production if a party fails to answer an interrogatory submitted under FRCP 33, or "fails to respond that inspection will be permitted—or fails to permit inspection—as requested under [FRCP] 34." FRCP 37(a)(1) requires the motion to include a certification that the movant has attempted to obtain the discovery without court action by conferring or attempting to confer with the person failing to make discovery.

---

[2] Plaintiff's First Interrogatories and Requests for Production were sent in the same e-mail and postal service mailing in which Plaintiff's Requests for Admission were sent. *See Yagoda Decl.*, Ex. 1.

[3] The associate also provided a copy of the Court's Scheduling and Planning Order.

PLAINTIFF'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Case No. 3:13-cv-00112-SLG-JDR - Page 3 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

5515-27281

Case 3:13-cv-00112-SLG   Document 33   Filed 12/31/13   Page 3 of 5

And with respect to the method of the conference, Local Civil Rule 37.1(a) imposes a duty to confer by telephone.

Here, the plaintiff propounded the interrogatories and requests for production on November 15, 2013. Under FRCP 33(b)(2) and 34(b)(2)(A), Mr. Smith was required to respond within 30 days – that is, by December 15, 2013, also the deadline for fact discovery as set forth in the Court's Scheduling and Planning Order. Following expiration of the deadline, plaintiff sought to obtain Mr. Smith's responses through a telephone conference, as required under the local civil rule, and agreed to additional time for response. But Mr. Smith has not responded. Accordingly, this Court should enter an order compelling him to respond according to the requirements of FRCP 33 and 34.

## IV. CONCLUSION

Under FRCP 33 and 34, Mr. Smith is required to respond to Plaintiff's First Interrogatories and Requests for Production. Because Mr. Smith has failed to do so, and a telephone conference with Mr. Smith has not resolved the issue, plaintiff asks this Court to enter an order compelling Mr. Smith's response within 10 days of entry of the order or such other reasonable time as the Court may determine.

PLAINTIFF'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Case No. 3:13-cv-00112-SLG-JDR - Page 4 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

5515-27281

Case 3:13-cv-00112-SLG   Document 33   Filed 12/31/13   Page 4 of 5

DATED this 31st day of December, 2013.

HOLMES WEDDLE & BARCOTT, P.C.

/s/ John E. Casperson
John E. Casperson, ABA #7910076
Attorney for Plaintiff
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
E-mail: jcasperson@hwb-law.com

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2013, a true and correct copy of the foregoing was sent via U.S. Mail and email to:

Ronald Smith
4816 Beaver Loop Road
Kenai, AK 99611

Ronald_ak_smith@yahoo.com

*[signature: Barbara Petro]*

G:\5515\27281\Pleading\Drafts\Motion to Compel.P24112_3013.doc

PLAINTIFF'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Case No. 3:13-cv-00112-SLG-JDR - Page 5 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

5515-27281

Case 3:13-cv-00112-SLG   Document 33   Filed 12/31/13   Page 5 of 5