# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAPE GREIG, LLC,<br>                 Plaintiff,<br>    v.<br>F/V FREEDOM, Official No. 657182, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br>and<br>RONALD SMITH, *In Personam*,<br>                 Defendants. | IN ADMIRALTY<br><br>Case No. 3:13-cv-00112-SLG<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter comes before the Court upon the motion of plaintiff Cape Greig, LLC, for dismissal of the claims asserted in this matter with prejudice pursuant to the parties' agreement as set forth at Docket 50-1. After due consideration of the motion, and the Court being otherwise advised in the premises, it is:

**ORDERED** that pursuant to Civil Rule 41(a)(2), the claims asserted by the parties in this matter are DISMISSED with prejudice, and this case shall forthwith be closed.

DATED this 28th day of July, 2015 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE
Case No. 3:13-cv-00112-SLG